# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES DAUGHTRY

NO. 2019 KW 1129

OCT 28 2019

---

In Re:   Charles Daughtry, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 534874-1.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Relator's sentences were imposed in 2014. The sentence reductions in Act 403 of 2001 and Act 45 of 2002 apply retroactively only to inmates who committed crimes, were convicted, or sentenced under one of the enumerated offenses prior to June 15, 2001. See La. R.S. 15:308(A)(1) & (2) (prior to amendment by 2014 La. Acts No. 340, § 1). Furthermore, the 2017 amendments to the habitual offender law do not apply retroactively. See 2017 La. Acts No. 257, § 2. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT